## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Ian D. Ensley, being first duly sworn, depose and state:

1.     I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since January 2019.  I am currently assigned to the FBI's Central Kansas Safe Streets Task Force located at the Wichita Resident Office.  I received basic law enforcement training regarding the investigation of controlled substance offenses at the FBI Academy in Quantico, Virginia. I have also received field training and accrued practical experience in advanced drug-related investigative techniques through follow on training as well as practical experience as a SA which includes but not limited to, surveillance, undercover operations, interview and interrogation techniques, search warrant and case preparation, and interception and analysis of recorded conversations.  I have supervised the activities of informants who have provided information concerning controlled substances and organized criminal activities, purchased controlled substances, and participated in consensual monitoring in connection with these investigations.

2.     This affidavit is submitted in support of a complaint for forfeiture for the following property:

A. a 2018 Cadillac XTS, VIN: 2G61U5S39J9155413;

B. $13,098.00 in United States currency, more or less;

C. $1,231.10 in United States currency, more or less;

D. a 10kt yellow gold "Feddi World" diamond pendant;

E. a 10kt yellow gold diamond Cuban link necklace;

F. a 14kt yellow gold cluster diamond ring;

G. a pair of 14kt yellow gold diamond earrings;

H. a Ruger, model EC9S, 9mm caliber pistol, SN: 459-52865, and

1

I. ammunition.

3.      The information in this affidavit is information known to me from my
participation in this investigation or is information that has been communicated to me by others
involved in this investigation.  As will be demonstrated herein, I have probable cause to believe
that the assets identified in paragraph 2 constitute money or other things of value furnished or
intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an
exchange, or were used or intended to be used to facilitate one or more violations of Title 21
U.S.C. § 841.  Accordingly, the property is subject to forfeiture pursuant to 21 U.S.C. § 881.

## BACKGROUND

4.      Adonis Freeman has a prior federal conviction under United States District Court
Case No. 18-10108 for possession of a firearm by a convicted felon under 18 U.S.C. § 922(g)(1),
with an offense date of July 30, 2018.  According to the court file, sentence was imposed on or
about March 13, 2018.

5.      Freeman has a pending felony criminal case in Sedgwick County District Court
under case number 2022-CR-001045-FE, for a domestic violence criminal threat. Freeman is
currently on supervised pre-trial supervision, which requires him to wear a GPS ankle monitor.

## NARCOTICS INVESTIGATION

6.      In early 2022, law enforcement investigators spoke with a source of information
(SOI) about Freeman and his narcotics trafficking activities.  The SOI stated that Freeman would
fly to Arizona every two weeks with Ricky Armour Jr., who is currently under indictment for
conspiracy to distribute fentanyl.  The SOI stated that Freeman would take between $10,000 to
$15,000 in U.S. currency to Arizona to purchase counterfeit Oxycodone Hydrochloride

2

containing fentanyl. The SOI also stated that Freeman, lived at XXX N. Grandstone St., Kechi,
Kansas, and would keep controlled substances and firearms at the residence.

7.     Investigators learned that in or around December 2022, Freeman changed his
primary residence from XXX N. Grandstone Street, Kechi, Kansas to XXXX South Spring
Hollow St., Wichita, Kansas. Freeman reported to his pre-trial supervision officer that he moved
to XXXX South Spring Hollow St., Wichita, Kansas on January 26, 2023.

8.     On July 19, 2022, the United States Postal Service conducted a controlled
delivery of suspected fentanyl pills from Arizona to XXX S. Eastridge, Wichita, Kansas.
Freeman had been linked to this address because his GPS ankle monitor had documented him
circling the area of the residence since on or around July 14, 2022.  On the date of the delivery,
Freeman was observed driving a black 2010 Dodge Challenger bearing Kansas tag 333RB. He
parked in a driveway a few houses down from the S. Eastridge residence and waited.
Eventually, a black GMC SUV arrived at the residence and the driver walked up to the front
porch, picked up the package, and took it to a liquor store. Freeman followed indirectly but
within a few blocks of the package and the GMC.

9.     On July 27, 2022, Freeman was observed going into a Dillon's and towards the
Customer Service Desk for money services. Investigators learned of a possible recipient whom
Freeman sent $2,000 through Western Union. The possible recipient has multiple border
crossings and has been flagged for being found with large quantities of illegal narcotics, U.S.
currency, and firearms.

10.    On August 10, 2022, an investigator observed Freeman wearing a gold necklace
with a "Feddi World" pendant and driving a black 2018 Cadillac XTS with a temporary tag. The

temporary tag on the vehicle was later determined to be number D093852 and registered to
Freeman's mother, Kristi Griffith.

11.     On September 1, 2022, Freeman registered the 2018 Cadillac XTS in his name
listing XXX Grandstone Street, Kechi, Kansas as the address.

12.     On December 18, 2022, Trooper J. J. Mueller with the Kansas Highway Patrol
observed a black 2018 Cadillac XTS, Kansas tag 213RFK, speeding in a construction zone. The
violation occurred westbound K-254 highway to southbound I-235 highway in Wichita,
Sedgwick County, Kansas. Trooper Mueller stopped the vehicle and positively identified the
driver as Freeman. Trooper Mueller had Freeman perform a standardized field sobriety test and
the results of that testing indicated he was impaired. Freeman was then placed into custody for
driving under the influence. Upon being searched incident to arrest, a small baggie of blue pills
was found on the left pocket of his jacket. Trooper Mueller asked Freeman if he had anything
else on his person, which he denied. He was then transported to the Sedgwick County jail.
While being processed, the jail staff noticed an anomaly on Freeman via the body scanner and he
was subsequently strip searched. The search revealed two more large plastic bags with
blue/white pills stashed under Freeman's groin area. The three bags of pills combined weighed a
total of approximately 168 grams. The pills were sent to a lab for testing and the lab confirmed
the pills contained fentanyl.

13.     Investigators are aware of several social media accounts for Freeman that include
Snapchat, Facebook, Instagram, and YouTube. An ongoing log of pictures and videos belonging
to Freeman's Snapchat account have been tracked and recorded. Many of the images depict
Freeman holding large, banded stacks of U.S. currency and using a money counter to count large

4

sums of money. There are also images showing a receipt where he purchased and paid $60,000 for two gold necklaces.

14.     On February 16, 2023, an investigator contacted Freeman's pre-trial supervision officer and was informed that Freeman was still unemployed.

15.     On the same date, an investigator reviewed additional social media that had not yet been logged for Freeman from September 2022 through February 2023. The following information was documented from Freeman's Snapchat account:

> A.  September 27, 2022: Freeman posted a picture holding three large, banded stacks of U.S. currency with a text box of "One Play (emoji)" believed to reference one sale of fentanyl pills;
>
> B.  October 3, 2022: a post of Freeman holding a large partially banded stack of U.S. currency while driving his Cadillac;
>
> C.  October 14, 2022: a post showing a large stack of U.S. currency running through a money counter next to a digital scale;
>
> D.  November 27, 2022: Freeman snapped himself holding a large, banded stack of U.S. currency;
>
> E.  December 13, 2022: Freeman made a Snapchat post of what appears to be 4 bundles of banded U.S. currency in a trash bag with at least one $100 bill visible on the face of one of the bands, the image had the text "Ion Kare How Much Money Is In The Duffle I Ain't Krossing Nun Of My ███ to Get It !! !! (emoji)".

    F. January 6, 2023: Freeman made Snaps of himself in what appears to be a house party at the Spring Hollow residence and showing a stack of U.S. currency in his pocket saying it is $30,000;

    G. January 19, 2023: Freeman posted a snap of a plastic bag tied off with a large sack of U.S. currency;

    H. February 6, 2023: Freeman made a snap post of an AT&T flip phone with a text box "Million Dolla Trap Phone (emoji)";

    I. February 13, 2023: Freeman made a post of three banded wads of U.S. currency while driving with a text box "Made 3 bands In 3 Minutes (emoji)."

16. On February 27, 2023, Freeman was indicted in the United States District Court, District of Kansas Case No. 23-10023, for one count of Possession with Intent to Distribute from his arrest on December 18, 2022.

17. On March 1, 2023, a federal search warrant was executed at XXXX South Spring Hollow Street, Wichita, Kansas.

18. On March 1, 2023, pursuant to a federal arrest warrant, Freeman was arrested at XXXX South Spring Hollow Street, Wichita, Kansas. Freeman was the only occupant of the residence. When the law enforcement persons were clearing the residence, a large number of pills were observed in the toilet bowl of the master bathroom where it is believed Freeman was attempting to discard them prior to exiting the residence. The pills were sent to the lab for testing and the lab confirmed they contained fentanyl. The following items were located and/or seized from the residence:

    A. a lease agreement for the property in the name of Kristi Griffith;

B. a large 10kt yellow gold diamond Cuban link necklace and a 10kt gold "Feddi World" pendant located in a nightstand in the master bedroom;

C. $13,051.00 in U.S. currency located in a pillowcase in the master bedroom closet;

D. a black Ruger handgun, serial# 459-52865, with one loaded magazine located on the top shelf of the master bedroom closet;

E. multiple Apple iPhones and a black AT&T flip phone;

F. a money counter;

G. a kitchen scale;

H. $47.00 in U.S. Currency located in a pants pocket in the master bedroom closet;

I. a Kansas title for a 2018 Cadillac XTS, VIN 2G61U5S39J9155413; and

J. the 2018 Cadillac XTS, VIN: 2G61U5S39J9155413.

19.    Freeman was transported to the Wichita Police Department for processing prior to being released to the United States Marshal's Service. At the time of his arrest, the following items were seized from Freeman's person:

A. $1,231.00 in U.S. currency

B. a 14kt yellow gold cluster diamond ring; and

C. a pair of 14kt yellow gold diamond earrings.

20.    A review of the Kansas Title History for the 2018 Cadillac XTS, VIN: 2G61U5S39J9155413, shows Freeman purchased the vehicle from TNT Auto Sales, LLC on August 9, 2022. The back of the title that was located at the S. Spring Hollow Street residence reflects that Freeman purchased the vehicle on August 9, 2022, for $2,500.00. Freeman also

7

transferred the plates from a 2015 Dodge Challenger to this vehicle. There is no lien on the Cadillac.

21.     On July 11, 2023, a second superseding indictment was filed Case No. 23-10023 against Freeman that included counts of possession of a firearm by a prohibited person, possession of firearm in furtherance of a drug trafficking crime, possession with intent to distribute a controlled substance, money laundering, money laundering conspiracy, and using or maintaining drug premises.

## SOURCES OF INCOME

22.     Freeman's spending habits for 2022 were reviewed via bank records and social media. Based upon receipts obtained from Enterprise Rent-A-Car, Freeman spent approximately $6,081.13 on rental vehicles. Freeman posted receipts on Snapchat for the following: (i) $831.99 on April 29, 2022, at Neiman Marcus (apparel); (ii) $881.69 at a restaurant; (iii) $30,000 for a gold "Feddi World" necklace on June 18, 2022; and (iv) $920.13 at a Gucci store in Houston on June 21, 2022 for a total of $38,714.94. This does not include any money or payments towards buying the 2015 Dodge Charger, the 2010 Dodge Challenger, or the 2018 Cadillac XTS that Freeman used while being surveilled. Nor does it include any payments for any airline flights taken to and from Phoenix or Houston or any funds spent towards housing, rent, or utilities.

23.     A law enforcement investigator contacted the Kansas Department of Labor (KDOL) regarding any reported wages for Freeman. KDOL was unable to locate any reported income in Kansas or any other state for Freeman. Freeman also completed and signed a Financial Affidavit filed on July 22, 2022, for the pending criminal threat case in Sedgwick County, where he reported he was unemployed and had no income. On February 16, 2023, Freeman's pre-trial officer reported that Freeman was still unemployed.

## CONCLUSION

24.     Freeman has been found in possession of distribution amounts of pills containing

fentanyl.  Investigators have also been unable to identify any legal sources of income reported

for Freeman.  Based upon the foregoing, I have probable cause to believe that the property

identified in paragraph 3 constitutes money or other things of value furnished or intended to be

furnished in exchange for controlled substances or proceeds traceable to such an exchange, or

were used or intended to be used to facilitate one or more violations of Title 21 U.S.C. § 841.

Accordingly, the property in paragraph 3 is subject to forfeiture to the United States pursuant to

21 U.S.C. § 881.


Ian D. Ensley
Special Agent
FBI


Sworn to and subscribed before me this 10ᵗʰ day of August, 2023.

NOTARY PUBLIC - State of Kansas
GARY W. HUSLIG
My Appt Expires 9-16-24

Notary Public

My Commission Expires:  9-16-2024


9